Jamar Osborne

5105 Vandelia Apt. E

Dallas, TX 75235

osbr117@aol.com


August 30, 2015

Court of Appeals- Third District of Texas

ATTN: Amy Strother

P.O. Box 12547

Austin, TX 78711-2547


Dear Court Clerk,


I received your letter for Court of Appeals case number: 03-15-00374-CV, indicating that my appellate

brief is overdue. Please note that under Rule 38.6 of the Texas Rules of Appellate Procedure, an

appellate brief is due within 30 days after the reporter's record has been filed.  The district clerk's office

has misplaced my request for the reporter's record. As such, I had to refile my request.  Given that the

reporter's record has not yet been filed, my brief is not overdue.


Sincerely,

Jamar Osborne

RECEIVED

SEP 0 2 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

5105 Laudelia Apt E
Dallas, TX 75235

NORTH TEXAS TX PBDC
DALLAS TX 750
31 AUG 2015 PM 9 L

Court of Appeals - Fifth District
Texas
ATTN: Clerk Abbitha
P.O. Box 12547
Austin, TX